Ross F. Brooks et al., Appellants, *v.* Walter B. Wyman et al., as Trustees of Central School District No. 3 of the Town of Crown Point, Respondents.

*Taxpayer's action — schools — action to restrain trustees of school district from selling bonds for erection of school building — school district not a municipal corporation.*

*Brooks* v. *Wyman*, 220 App. Div. 204, affirmed.

(Argued October 5, 1927; decided October 11, 1927.)

APPEAL from a judgment, entered March 18, 1927, upon an order of the Appellate Division of the Supreme Court in the third judicial department, which reversed an order of Special Term denying a motion for a dismissal of the complaint and granted said motion in a taxpayer's action to restrain the defendants, trustees of a school district, from selling bonds and taking steps for the erection of a school building.

*Fred W. Dudley, Franklin A. Rowe* and *Roy Lockwood* for appellants.

*Ralph E. Rogers* for respondents.

Judgment affirmed, with costs; held, that a school district is not a municipal corporation within the meaning of section 51 of the General Municipal Law. (See General Municipal Law, § 2; *Hamilton* v. *Baker*, 243 N. Y. 578.)

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

COURTEEN SEED COMPANY, Appellant, *v.* HONG KONG AND SHANGHAI BANKING CORPORATION, Respondent.

(Submitted October 3, 1927; decided October 11, 1927.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 245 N. Y. 377.)